Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★       ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00816-CV

In the **INTEREST OF R.J.S.** a/k/a R.S., a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-01700
Honorable Gloria Saldana, Judge Presiding[1]

PER CURIAM

Sitting:      Alma L. López, Chief Justice
            Catherine Stone, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:    December 23, 2008

DISMISSED FOR LACK OF JURISDICTION

Appellant, Michael S., filed a notice of appeal of the trial court's September 19, 2008, temporary orders in this suit affecting the parent-child relationship. After reviewing the clerk's record, it appeared to the court that the September 19 order is interlocutory and not appealable. Accordingly, we ordered appellant to file a response showing cause why the appeal should not be dismissed for lack of jurisdiction. Our order advised appellant the appeal would be dismissed if he failed to satisfactorily respond within the time provided. *See* TEX. R. APP. P. 42.3(a), (c). Appellant has not filed a response to our order. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

---

[1] Associate Judge Richard Garcia presided over the proceedings in the underlying case.